

# NUMBER 13-21-00218-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

VALERO REFINERY – TEXAS LP,                                    Appellant,

v.

REANNAH VELA,                                                  Appellee.

On appeal from the 347th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Justices Longoria, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Hinojosa**

Appellant Valero Refinery – Texas, LP (Valero) has filed a petition for permissive interlocutory appeal seeking to challenge the trial court's order denying Valero's motion for summary judgment which sought to dismiss appellee Reanna Vela's suit against Valero. Vela has filed a response to the petition.

Generally, an order that does not dispose of all claims and all parties is interlocutory and is not an appealable order. *Sabre Travel Int'l, Ltd. v. Deutsche Lufthansa AG*, 567 S.W.3d 725, 730 (Tex. 2019). To be entitled to a permissive appeal from an interlocutory order that is not otherwise appealable, the requesting party must establish to the trial court that (1) the order "involves a controlling question of law as to which there is a substantial ground for difference of opinion" and (2) allowing an immediate appeal "may advance the ultimate termination of the litigation." TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); *see also* TEX. R. APP. P. 28.3. If the trial court grants permission to appeal, as here, we may accept the appeal if the appeal is warranted under the foregoing criteria. TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(f); *see Sabre*, 567 S.W.3d at 732 ("Texas courts of appeals have discretion to accept or deny permissive interlocutory appeals certified under section 51.014(d). . . .").

Having reviewed Valero's petition, the record documents attached thereto, and Vela's response, this Court is of the opinion that Valero has not shown its entitlement to permissive interlocutory appeal. Accordingly, we deny the petition for permissive interlocutory appeal, and we dismiss the appeal for want of jurisdiction. We further dismiss all pending motions as moot.

LETICIA HINOJOSA<br>Justice

Delivered and filed on the
5th day of August, 2021.